COURT OF APPEALS









COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS

 


 
 
  
 CRESENCIO RODRIGUEZ,
  
                             Appellant,
  
 v.
  
 THE STATE OF
 TEXAS,
  
                             Appellee.
 
 
  
 '
    
 '
    
 '
    
 '
    
 '
    
  ' 
  
 
 
  
  
                 No. 08-02-00213-CR
  
 Appeal from the
  
 210th District Court
  
 of El Paso County, Texas 
  
 (TC# 75136) 
  
 
 


 

O P I N I O N

 

Cresencio Rodriguez gave notice of appeal from
judgment and sentence entered against him on April 5, 2002.  A motion for new trial was not filed.  Notice of appeal was therefore due thirty
days from April 5.  See Tex. R. App. P. 26.2(a).

Notice of appeal was not filed until
May 7.  The Clerk of this Court filed the
appeal on May 17.  On that date, the
Clerk also informed appellant that the notice was not timely and that, unless
any party could show grounds for continuing the appeal, we would dismiss the
appeal for want of jurisdiction.  No
response has been presented.








The jurisdiction of this Court is
invoked by giving timely and proper notice of appeal.  White v. State, 61
S.W.3d 424, 427-28 (Tex. Crim. App. 2001).  If jurisdiction is not properly invoked, we
are without power to act.  Id. at 428. 
Here, appellant=s notice of appeal was not timely.  Therefore, we dismiss this appeal for want of
jurisdiction.

 

                                                                        


SUSAN
LARSEN, Justice

June 20, 2002

 

Before Panel No. 1

Larsen, McClure, and Chew,
JJ.

 

(Do Not Publish)